**Dismiss; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00486-CV

**SHALONDRIA GALIMORE, Appellant**
**V.**
**MICHAEL JACKSON AND RONNIE JACKSON, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01099-D**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Stoddart

By letter dated April 15, 2015, the Court directed appellant to pay the filing fee for the appeal within ten days. On May 29, 2015, we notified appellant that the Dallas County Clerk had informed us no payment had been made for the clerk's record. We directed appellant to file, within ten days, written verification that she had either paid or made payment arrangements for the clerk's record or she was entitled to proceed without payment for the record. We warned that failure to do so would result in dismissal of the appeal. Appellant has not responded to either letter, the filing fee has not been paid, and the clerk's record has not been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.1(a), 42.3(a).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

150486F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SHALONDRIA GALIMORE, Appellant

No. 05-15-00486-CV        V.

MICHAEL JACKSON AND RONNIE
JACKSON, Appellees

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-15-01099-D.
Opinion delivered by Justice Stoddart, Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellees Michael Jackson and Ronnie Jackson recover their costs of this appeal from appellant Shalondria Galimore.

Judgment entered this 30th day of July, 2015.